Matter of Hayes v Folts (2023 NY Slip Op 04882)

Matter of Hayes v Folts

2023 NY Slip Op 04882

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, BANNISTER, OGDEN, AND NOWAK, JJ.

713 CAF 22-01657

[*1]IN THE MATTER OF DANIELLE HAYES, PETITIONER-APPELLANT,
v
RUSSEAN FOLTS, RESPONDENT-RESPONDENT. 

ROSEMARIE RICHARDS, SOUTH NEW BERLIN, FOR PETITIONER-APPELLANT.
MARY HOPE BENEDICT, BATH, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Family Court, Steuben County (Mathew K. McCarthy, A.J.), entered October 12, 2022, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, expanded the parenting time of respondent. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court